AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

CREDIT SUISSE

V.

PROVINCE OF CÓRDOBA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6497**

JUDGE SWAIN

TO: (Name and address of Defendant)

Province of Córdoba, Concepción Arenal 54, Nueva Córdoba,
5009 Córdoba, Argentina
- and -
c/o CT Corporation System, 111 Eighth Avenue,
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henry Weisburg
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022-6069

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    JUL 1 8 2007

CLERK  /s/ Marcos Quintero           DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CREDIT SUISSE,

                  Plaintiff,    :    Case No. 07 civ 6497 (LTS)

        -v-

                                        :    Affidavit of Service

PROVINCE OF CORDOBA,

                  Defendant.
------------------------------------------------------------x

State of New York   )
                         ) ss.:
County of New York )

ALFREDO C. FLORES, being duly sworn deposes and says:

1.    I am over the age of eighteen years and am not a party to this action.

2.    On July 18, 2007 at approximately 4:50 p.m., I served a true copy of the Summons, Complaint, Civil Cover Sheet, Individual Practice Rules of Judge Laura T. Swain, Individual Practice Rules of Magistrate Judge Ronald L. Ellis, 3rd Amended Instructions for Filing an Electronic Case or Appeal, and Guidelines for Electronic Case Filing upon Defendant Province of Cordoba, Concepcion Arenal 54, Nueva Cordoba, 5009 Cordoba, Argentina, by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express at 880 Third Avenue, New York, New York 10022, directed to said defendant at its address given herein, which was designated by defendant for that purpose upon the preceding papers in this action.

                                                                         Alfredo C. Flores
                                                                         Lic. # 84339

Sworn to before me this
20th day of July, 2007.

NOTARY PUBLIC

MARIA A. MONELLI
Notary Public, State of New York
No. 01MO6161497
Qualified in New York County
Commission Expires February 5, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CREDIT SUISSE                                               :
                                                            :   Case No. 07 Civ. 6497 (LTS)
                              Plaintiff,                    :
                                                            :
              -v-                                           :   Affidavit of Service
                                                            :
PROVINCE OF CORDOBA                                         :
                                                            :
                              Defendant.                    :
------------------------------------------------------------x

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

LUIS FELICIANO, being duly sworn deposes and says:

1.   I am over the age of eighteen years and am not a party to this action.

2.   On July 18, 2007 at approximately 4:25 p.m., I served Defendant Province of Cordoba by delivering and leaving true copies of the Summons and Complaint, Civil Cover Sheet, Individual Practice Rules of Judge Laura T. Swain, Individual Practice Rules of Judge Ronald L. Ellis, Procedures for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal, and Guidelines for Electronic Case Filing, with Ms. Jane Doe (name withheld), Intake Clerk of CT Corporation, at 111 Eighth Avenue, 13th Floor, New York, New York 10011.

3.   Ms. Doe is described as follows: female, black hair, brown skin, brown eyes, 5'1" – 5'3", 125 - 135 lbs., 45 to 50 years of age.

                                                              _____
                                                              Luis Feliciano
                                                              Lic. No. 779966

Sworn to before me this
19th day of July, 2007

_____
Notary Public

MARIA A. MOLINELLI
Notary Public, State of New York
No. 01MO4961497
Qualified in New York County
Commission Expires February 5, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CREDIT SUISSE,

                     Plaintiff,                     Case No. 07 civ 6497 (LTS)

-v-

                                             Affidavit of Service

PROVINCE OF CORDOBA,

                     Defendant.
------------------------------------------------------------x

State of New York   )
                         ) ss.:
County of New York )

ALFREDO C. FLORES, being duly sworn deposes and says:

1.     I am over the age of eighteen years and am not a party to this action.

2.     On July 19, 2007 at approximately 2:58 p.m., I served a true copy of the Summons, Complaint, Civil Cover Sheet, Individual Practice Rules of Judge Laura T. Swain, Individual Practice Rules of Magistrate Judge Ronald L. Ellis, 3rd Amended Instructions for Filing an Electronic Case or Appeal, and Guidelines for Electronic Case Filing upon Defendant Province of Cordoba, Concepcion Arenal 54, Nueva Cordoba, 5009 Cordoba, Argentina, by registered first class mail, by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of Unites States Postal Service at 850 Third Avenue, New York, New York 10022, directed to said defendant at its address given herein, which was designated by defendant for that purpose upon the preceding papers in this action.

                                                                      Alfredo C. Flores
                                                                        Lic. # 84339

Sworn to before me this
20th day of July, 2007.

NOTARY PUBLIC

              MARIA A. MOLINELLI
           Notary Public, State of New York
                No. 01MO4961497
          Qualified in New York County
      Commission Expires February 5, 2010