UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREDIT SUISSE,

              Plaintiff,

v.

THE PROVINCE OF CÓRDOBA,

              Defendant.

JUDGE SWAIN

No. 07 CIV 6497

*[Stamp: JUL 18 2007 U.S.D.C. S.D.N.Y. CASHIERS]*

### RULE 7.1 STATEMENT OF PLAINTIFF CREDIT SUISSE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Credit Suisse (which was formerly known as Credit Suisse First Boston) acting through its London Branch, by and through its attorneys Shearman & Sterling LLP, makes the following disclosure statement.

Credit Suisse is a Swiss corporation, with a branch in London, England, and is an indirect wholly owned subsidiary of the Credit Suisse Group.

Dated: New York, New York
        July 11, 2007

SHEARMAN & STERLING LLP

By: /s/ _____
Henry Weisburg
John M. Padilla
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Plaintiff
Credit Suisse