```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 1 2007
```

Córdoba, República Argentina

August, 30th 2.007

To Judge
LAURA TAYLOR SWAIN
Southern District Of New York

**MEMO ENDORSED**

Ref: Case N# '07 CIV 6497
*Credit Suisse v. Prov. of Córdoba*

On August 28, 2.007, we sent a fax in which we asked we if there is any possibility to get an adjournment or extension of terms for 10 working days, and how do we have to proceed to make this request.

This request was made because both parts, Province of Córdoba and Credit Suisse through its legal representative in Buenos Aires (Attorney Perez Ruiz) have entered on negotiations and discussion to bring out a solution, which will end up in an agreement, to be signed in a few days.

So, and since legal terms -pursuant to summons (20 days) and 9.12(a)(ii) Secured Advance Agreement (30 days)- are running to fullfil an answer to the complaint; we need to know if there is any possibility to get an adjournment or extension of terms for 10 working days, and how do we have to proceed to make it happen.

Please send your reply <u>as soon as possible</u> to these e-mail addresses; thank you very much:

jorge.cordoba@cba.gov.ar
carlosguillermo.garcia@cba.gov.ar

Sincerely yours,

Carlos García Harvey
General Attorney's Office
Province Of Córdoba

*Defendant Córdoba's request for an extension of ten working days is hereby GRANTED.*

SO ORDERED.

30 August 2007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE