UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CREDIT SUISSE,                              :
                      Plaintiff,     :   Case No. 07 civ 6497 (LTS)
                                     :
          -v-                          :
                                     :   Affidavit of Service
PROVINCE OF CORDOBA,                        :
                                     :
                    Defendant.     :
-----------------------------------------------------------x

State of New York   )
                    ) ss.:
County of New York )

ALFREDO C. FLORES, being duly sworn deposes and says:

1.    I am over the age of eighteen years and am not a party to this action.

2.    On September 7, 2007 at approximately 3:15 p.m., I served a true copy of the Initial Conference Order upon Defendant Province of Cordoba, Concepcion Arenal 54, Nueva Cordoba, 5009 Cordoba, Argentina, by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express at 880 Third Avenue, New York, New York 10022, directed to said defendant at its address given herein, which was designated by defendant for that purpose upon the preceding papers in this action.

                                                                        _____
                                                                         Alfredo C. Flores
                                                                           Lic. # 84339

Sworn to before me this
   of September day of July, 2007.

_____
NOTARY PUBLIC

BRYAN JOSEPH JANKAY
Notary Public, State of New York
No. 01JA6172001
Qualified in Nassau County
Commission Expires August 6, 2011

NYDOCS04/481135.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CREDIT SUISSE,

                Plaintiff,  :  Case No. 07 civ 6497 (LTS)

-v-  :  Affidavit of Service

PROVINCE OF CORDOBA,  :

                Defendant.  :
-----------------------------------------------------------x

State of New York  )
                      ) ss.:
County of New York  )

ALFREDO C. FLORES, being duly sworn deposes and says:

1.    I am over the age of eighteen years and am not a party to this action.

2.    On September 7, 2007 at approximately 3:26 p.m., I served a true copy of the Initial Conference Order upon Defendant Province of Cordoba, Concepcion Arenal 54, Nueva Cordoba, 5009 Cordoba, Argentina, by registered first class mail, by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of Unites States Postal Service at 850 Third Avenue, New York, New York 10022, directed to said defendant at its address given herein, which was designated by defendant for that purpose upon the preceding papers in this action.

                                              Alfredo C. Flores
                                              Lic. # 84339

Sworn to before me this
   day of September, 2007.

NOTARY PUBLIC

BRYAN JOSEPH JANKAY
Notary Public, State of New York
No. 01JA6172061
Qualified in Nassau County
Commission Expires August 6, 2011

NYDOCS04/481132.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CREDIT SUISSE,<br><br>      Plaintiff,<br>v.<br><br>THE PROVINCE OF CÓRDOBA,<br><br>      Defendant. | No. 07 Civ. 6497 (LTS)<br><br>**DECLARATION OF SERVICE** |

John M. Padilla, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney associated with Shearman & Sterling LLP, counsel to plaintiff in this action, and I am admitted to practice law in the Courts of the State of New York, as well as before this Court.

2. On September 6, 2007, at 11:10 a.m., pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), I served a true copy of the Initial Conference Order dated August 30, 2007, upon defendant Province of Córdoba by electronic mail to the following addresses provided in defendant's letter requesting a ten day extension:

  i. Jorge.cordoba@cba.gov.ar

  ii. Carlosguillermo.garcia@cba.gov.ar

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2007
New York, New York

                     _____
                     John M. Padilla