```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007
```

Córdoba, República Argentina

September, 14th 2.007

To Judge
LAURA TAYLOR SWAIN
Southern District Of New York

**MEMO ENDORSED**

Credit Suisse v Province of Córdoba
Ref: Case N# '07 CIV 6497

Province of Córdoba has been sued on Case N# '07 CIV 6497: "Credit Suisse (Plaintiff) v. The Province of Córdoba (Defendat)".

On August 31st 2007, an extension of ten working days was granted by Court, due to the fact that both parts, Province of Córdoba and Credit Suisse through its legal representative in Buenos Aires (Attorney Perez Ruiz) were on negotiations and discussion to bring out a solution.

To date, these negotiations are getting near to an agreement, we can say we are on a 98%, circumstances that can be checked with the Plaintiffs attorneys.

So, and in the conviction that in a few days both parts will be entering such agreement, we are asking to get a new adjournment or extension, this time for 7 (seven) working days, of the term to fulfill the answer to the complaint.

A copy of this note is to be faxed to SHEARMAN & STERLING LLP (Plaintiffs attorneys)

Please send your reply to:
jorge.cordoba@cba.gov.ar
carlosguillermo.garcia@cba.gov.ar
Sincerely yours,

Carlos García Harvey
General Attorney's Office
Province Of Córdoba

*The requested extension is granted.*

SO ORDERED.

9/17/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies ~~mailed~~ emailed to counsel
Chambers of Judge Swain    9/18/07