Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREDIT SUISSE,

        Plaintiff,

v.

THE PROVINCE OF CÓRDOBA,

        Defendant.

No. 07 Civ. 6497 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 1 2007

### NOTICE AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is hereby voluntarily dismissed without prejudice. No answer has been served.

Dated: New York, New York
      September 27, 2007

SHEARMAN & STERLING LLP

BY: _____
Henry Weisburg
John M. Padilla
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Plaintiff
Credit Suisse

So Ordered:

_____ 10/1/07
U.S.D.J.